# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Richard Miller

        Plaintiff,

v.

Michael J. Astrue,
*Commissioner of Social Security*

        Defendant.

**ORDER OF REFERENCE**

Court File No. 09-3000 PAM/AJB

-------------------------------------------------------------

        The parties in this case consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings pursuant to 28 U.S.C. 636(c) and Fed.R.Civ.P. 73.

        IT IS HEREBY ORDERED that this case be referred to the Honorable Arthur J. Boylan, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c), Fed.R.Civ.P. 73.

Dated: February __9__, 2010

                                                          s/Paul A. Magnuson
                                                          Paul A. Magnuson, Judge
                                                          United States District Court